*Kerry M. Wisser* and *Nathan A. Schatz,* in support of the petition.

*James W. Oliver* and *Maria K. Tougas,* in opposition.

Decided November 30, 1999

---

## FEDERAL DEPOSIT INSURANCE CORPORATION *v.* RALPH CARABETTA

## FEDERAL DEPOSIT INSURANCE CORPORATION *v.* SALVATORE P. CARABETTA

## FEDERAL DEPOSIT INSURANCE CORPORATION *v.* EVELYN M. CARABETTA

## FEDERAL DEPOSIT INSURANCE CORPORATION *v.* SALVATORE R. CARABETTA

The petition by the defendants, Ralph Carabetta, Salvatore P. Carabetta, Evelyn M. Carabetta and Salvatore R. Carabetta, for certification for appeal from the Appellate Court, 55 Conn. App. 384 (AC 17923), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Kerry M. Wisser* and *Nathan A. Schatz,* in support of the petition.

*James W. Oliver* and *Maria K. Tougas,* in opposition.

Decided November 30, 1999

---

## LILLIAN MACK *v.* BERNARD LAVALLEY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 55 Conn. App. 150 (AC 18196), is denied.

*Michael S. Taylor, Daniel P. Scapellati* and *David G. Hill,* in support of the petition.

*Brian W. Prucker,* in opposition.

Decided November 30, 1999